JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ALEJANDRO MEZA CAMPOS, an individual;<br><br>       Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., and DOES 1 to 100, Inclusive,<br><br>       Defendants. | CASE NO.: 5:15-cv-01200-JVS-DTB<br><br>**JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. James V. Selna*] |

On August 31, 2015, the Court entered an Order granting the Motion to Dismiss Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), dismissing the Complaint, in its entirety, with prejudice.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.     The Complaint is dismissed, as to all causes of action, with prejudice;

2.     Judgment is entered in favor of defendant WELLS FARGO BANK, N.A.; and

3.     Plaintiff, Alejandro Meza Campos will recover nothing in this action from defendant WELLS FARGO BANK, N.A.

4.

DATED:  September 21, 2015

_____

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1

**CERTIFICATE OF SERVICE**

2

3

4

    I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

5

    On the date below, I served a copy of the foregoing document entitled:

6

**[PROPOSED] JUDGMENT OF DISMISSAL**

7

on the interested parties in said case as follows:

8

**Served Electronically**
**Via the Court's CM/ECF System**

9

10

*Attorneys for Plaintiff,*
*Alejandro Meza Campos*

11

12

Phillip Myer, Esq.
Email: pmyer@phillmyerlaw.com

13

Joshua Shuster, Esq.
Email: jshuster@phillmyerlaw.com

14

PHILLIP MYER, APC

15

1869 W. Foothill Blvd.

16

Upland, California 91786
T: (909) 389-6100 | F: (951) 346-3231

17

18

19

20

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on September 18, 2015.

21

22

| Lina Velasquez | */s/ Lina Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

23

24

25

26

27

28